THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Mildred C.
 Knight and Bobby Knight, III, Appellants,
 v.
 Sean K. Trundy,
 Keith I. McCarty, Amanda & Roy Maybank, Pratt-Thomas Epting & Walker,
 & Maybank, LLC as Law Firms, Respondents.
 
 
 

Appeal From Charleston County
J. C. Buddy Nicholson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2011-UP-057
Submitted February 1, 2011  Filed
 February 15, 2011
AFFIRMED

 
 
 
 Mildred C. Knight and Bobby Knight, III, pro se, of North
 Charleston, for Appellants.
 Andrew W. Countryman, Dawes Cook, and Roy Pearce Maybank, all of
 Charleston, for Respondents.
 
 
 

PER CURIAM:  Mildred C.
 Knight and Bobby Knight, III, pro se, appeal the granting of Sean K. Trundy's,
 I. Keith McCarty's, Roy Maybank's, Amanda Maybank's, Pratt-Thomas, Epting and
 Walker Law Firm's, and Maybank Law Firm's motion to dismiss Knight's legal
 malpractice and civil conspiracy complaint.  We affirm[1] pursuant to Rule 220(b)(1), SCACR and the following authorities: Rule 12(b)(6),
 SCRCP (stating a complaint is to be dismissed for failure to state facts
 sufficient to constitute a cause of action); S.C. Code Ann. § 15-36-100(B)
 (Supp. 2010) ("[P]laintiff must file as part of the complaint an affidavit
 of an expert witness who must specify at least one negligent act or omission
 claimed to exist and the factual basis for each claim . . . ."); S.C. Code
 Ann. § 15-36-100(C)(1) (Supp. 2010) (stating that upon defendant's motion to
 dismiss, a professional negligence claim should be dismissed for failure to
 submit such an affidavit).  
AFFIRMED.
HUFF, SHORT, and PIEPER, JJ., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.